AUSA XRD

FILED
APR 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Janet GONZALEZ, Defendant. | Mag. Case No. '08 MJ 8364<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |

The undersigned complainant, being duly sworn, states:

On or about April 29, 2008, within the Southern District of California, defendant Janet GONZALEZ, an alien, who previously had been excluded, deported, and removed from the United States to El Salvador was apprehended in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4) , and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 1st DAY OF MAY 2008.

PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Janet GONZALEZ

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, M. Griffith, that the Defendant was arrested on April 29, 2008 east of Calexico, California.

BPA Griffith was performing his assigned Border Patrol duties approximately 3.5 miles east of the Calexico, California west Port of Entry. The Remote Video Surveillance Operator observed an individual later identified as, Janet GONZALEZ illegally enter the United States by climbing the United States/Mexico International Boundary Fence from Mexico. The RVSS operator observed as GONZALEZ ran north into an agricultural field. The RVSS operator guided Agent Griffith to where GONZALEZ was attempting to conceal herself. BPA Griffith approached GONZALEZ and identified himself as a United States Border Patrol Agent and questioned GONZALEZ as to her immigration status. GONZALEZ stated that she was a citizen of Mexico illegally in the United States. GONZALEZ was arrested and transported to the Calexico Border Patrol Station for further processing.

At the Calexico Station record checks revealed that GONZALEZ was a citizen of El Salvador and that an Immigration Judge ordered GONZALEZ deported to El Salvador from the United States on June 30, 2003. Record checks also revealed that GONZALEZ has an extensive criminal record.

There is no evidence GONZALEZ has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.